UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., | No. 1:26-cv-0005 DJC AC |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner, proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 21, 2026, the court converted petitioner's motion for temporary restraining order to a preliminary injunction.  ECF No. 14.  This proceeding was then referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Because petitioner may be entitled to the requested relief if the claimed violations are proved, respondent will be directed to show cause why the writ should not be granted by filing an answer/return.  See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer/return within 180 days from the date of this order.  Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

////

1

2. Petitioner's reply/traverse, if any, is due within 60 days of being served a copy of respondent's answer/return.

DATED: January 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE